JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH MCKINLEY,<br><br>          Petitioner,<br><br>       v.<br><br>WARDEN,<br><br>          Respondent. | Case No. 2:19-cv-06399-AB (SHK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 21, 2019

_____
HONORABLE ANDRE BIROTTE JR.
United States District Judge